UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL D. SULLIVAN,<br><br>        Plaintiff<br><br>v.<br><br>THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA and<br>REASSURE AMERICA LIFE<br>INSURANCE COMPANY,<br><br>        Defendants | 5cv10030 GAO<br><br>CIVIL ACTION NO. |

## CERTIFICATE OF NOTICE

I, Edward S. Rooney, Jr., being first duly sworn, on oath depose and say that, acting on behalf of the defendants The Prudential Insurance Company of America and Reassure America Life Insurance Company in the above-entitled action, I have this day notified the plaintiff in said action that a Notice of Removal of the said action from the Superior Court Department of the Trial Court of Massachusetts in and for the County of Bristol, was filed on January 6, 2005 in the United States District Court for the District of Massachusetts, said notification being made by letter mailed, postage prepaid, to the plaintiff's attorney, Michael J. Malloy, Esq., The Law Office of Michael J. Malloy, 105 Washington Street, Suite 9, North Easton, Massachusetts 02356, and I have filed a copy of said Notice of Removal with the Clerk of Bristol Superior Court, Commonwealth of Massachusetts, all in accordance with Title 28, United States Code, Section 1446(d).

Signed under the pains and penalties of perjury this 6th day of January, 2005.

*/s/ Edward S. Rooney, Jr.*
Edward S. Rooney, Jr.
BBO #426840
Eckert Seamans Cherin & Mellott, LLC
One International Place, 18th Floor
Boston, Massachusetts 02110
(617) 342-6800

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by regular mail, postage prepaid, this 6th day of January, 2005.

*/s/ Edward S. Rooney, Jr.*
Edward S. Rooney, Jr.

Signed under the pains and penalties of perjury this 6th day of January, 2005.

*/s/ Edward S. Rooney, Jr.*
Edward S. Rooney, Jr.
BBO #426840
Eckert Seamans Cherin & Mellott, LLC
One International Place, 18th Floor
Boston, Massachusetts 02110
(617) 342-6800

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by regular mail, postage prepaid, this 6th day of January, 2005.

*/s/ Edward S. Rooney, Jr.*
Edward S. Rooney, Jr.