UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL D. SULLIVAN )<br>    Plaintiff )<br>)<br>v. )<br>)<br>THE PRUDENTIAL INSURANCE )<br>COMPANY OF AMERICA and )<br>REASSURE AMERICA LIFE )<br>INSURANCE COMPANY, )<br>    Defendants )<br>) | CIVIL ACTION NO. 05CV 10030 GAO |

### Plaintiff's Local Rule 16.1(D) Certification

    Michael J. Malloy, Attorney for the Plaintiff, Michael D. Sullivan, hereby certify that we have conferred with a view to establishing a budget for the costs of conducting both the full course and various alternative courses for this litigation and have considered seeking resolution of the matter through the use of alternative dispute resolution programs such as outlined pursuant to LR 16.4.

_____        _____
Michael J. Malloy, Esq.                      Michael D. Sullivan
BBO No. 653512
105 Washington Street, Suite 9
North Easton, MA 02356
Tel.: (508) 230-7373
Fx.: (508) 230-3433

### CERTIFICATE OF SERVICE

    I, hereby certify that a true copy of the above document was served upon the attorneys of record for each other party which appears in this action, by regular mail, postage pre-paid, this _____ day of July, 2005

_____
Michael J. Malloy, Esq.