UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL D. SULLIVAN,<br>    Plaintiff<br><br>v.<br><br>THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA and<br>REASSURE AMERICA LIFE<br>INSURANCE COMPANY,<br>    Defendants | CIVIL ACTION NO. 05 CV 10030 GAO |

## JOINT MOTION OF THE PARTIES
## TO EXTEND PRE-TRIAL SCHEDULE DEADLINES RE: DISCOVERY

Plaintiff Michael D. Sullivan and defendants The Prudential Insurance Company of America and Reassure America Life Insurance Company (jointly "the Parties) hereby move that the pre-trial schedule of deadlines with respect to discovery be extended 60 days, so that the discovery deadlines with respect to non-expert and expert discovery would be as follows:

    All non-expert discovery will be completed by May 1, 2006.

    Reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) will be due:

        a. From the Plaintiff by May 15, 2006, if any; and
        b. From the Defendant by May 31, 2006, if any.

    Expert depositions will be completed by June 30, 2006.

    In support of this motion, the Parties state as follows:

{K0320348.1}

1.   This is an action in which the plaintiff Michael D. Sullivan ("Plaintiff") seeks to recover disability benefits under an individual policy of disability insurance issued to Plaintiff by defendant The Prudential Insurance Company of America ("Prudential") and administered by defendant Reassure America Life Insurance Company ("Reassure") (jointly referred to as "Defendants").

2.   In their Joint Statement submitted to the Court prior to the Scheduling Conference, the Parties proposed the following pre-trial schedule with respect to discovery, which the Court approved:

All non-expert discovery will be completed by March 1, 2006.

Reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) will be due:

a. From the Plaintiff by March 15, 2006, if any; and
b. From the Defendant by March 31, 2006, if any.

Expert depositions will be completed by April 30, 2006.

The parties have made their required disclosures as required by Fed. R. Civ. P. 26(a) and have completed their paper discovery, but have not yet been able to complete all necessary depositions of lay and expert witnesses. The parties have been working cooperatively to complete this discovery but need additional time to complete and finalize their discovery.

3.   No other dates have been set yet for pre-trial events, as the Court did not accept the parties proposed dates for the submission of dispositive motions or the scheduling of a pre-trial conference.

4.   This is the first and only request for an extension that the Parties have made in this case.

| | |
|---|---|
| MICHAEL D. SULLIVAN | THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and REASSURE LIFE INSURANCE COMPANY |
| By his attorney, | By their attorneys, |
| /s/ Michael J. Malloy<br>Michael J. Malloy<br>BBO No. 653512<br>THE LAW OFFICE OF MICHAEL J. MALLOY<br>105 Washington Street, Suite 9<br>North Easton, MA 02356<br>Tel.: (508) 230-7373<br>Fax: (508) 230-3433 | /s/ Edward S. Rooney, Jr.<br>Edward S. Rooney, Jr.<br>BBO No. 426840<br>ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>One International Place, 18th Floor<br>Boston, MA  02110<br>Tel.: (617) 342-6800<br>Fax: (617) 342-6899 |

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on 2/28/06

By: /s/ E. S. Rooney