UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2006 JUL 10 P 12: 27

U.S. DISTRICT COURT
DISTRICT OF MASS.

MICHAEL D. SULLIVAN, )
Plaintiff )
)
v. ) **CIVIL ACTION NO. 05 CV 100030 GAO**
THE PRUDENTIAL INSURANCE )
COMPANY OF AMERICA and )
REASSURE AMERICA LIFE )
INSURANCE COMPANY, )
Defendants )

### JOINT MOTION OF PARTIES TO EXTEND PRE-TRIAL SCHEDULE DEADLINES RE: DISCOVERY

Plaintiff Michael D. Sullivan and Defendants, The Prudential Insurance Company of America and Reassure America Life Insurance Company (jointly "the Parties") hereby move this Honorable Court to extend the pre-trial schedule of deadlines with respect to discovery for 60 days so that the discovery deadlines with respect to discovery would be as follows:

All non-expert discovery will be completed by July 1, 2006.

Reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) will be due:

    a.) From the Plaintiff by July 17, 2006, if any; and
    b.) From the Defendant by August 1, 2006, if any.

Expert depositions will be completed by September 29, 2006.

In support of this motion, the Parties state as follows:

1. This is an action in which the Plaintiff, Michael D. Sullivan (hereinafter known as "Plaintiff") seeks to recover disability benefits and waiver of premium provisions under an individual policy of disability insurance issued to Plaintiff by the Defendant, The Prudential Insurance Company of America (hereinafter known as,

"Prudential") and administered by the Defendant, Reassure America Life Insurance Company (hereinafter known as, "Reassure")(both defendants jointly hereinafter known as, "Defendants")

2. In their previous Joint Motion of the Parties to Extend Pre-Trial Schedule Deadlines re: Discovery filed on February 28, 2006 the parties proposed the following pre-trial schedule with respect to discovery which the Court approved:

All non-expert discovery will be completed by May 1, 2006.

Reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) will be due:

a.) From the Plaintiff by May 15, 2006, if any, and
b.) From the Defendant by May 31, 2006, if any.

Expert depositions will be completed by June 30, 2006.

The parties have made their required disclosures as required by Fed.R.Civ.P.26(a) and have completed their paper discovery, but have not yet been able to complete all necessary depositions of expert witnesses. The parties have been working cooperatively to complete this discovery but need additional time to complete and finalize their discovery. A deposition of Michael D. Sullivan and his wife, Florence Sullivan have now been completed. This Honorable Court has cancelled the scheduled statues conference on May 15, 2006 until sometime in the near future at which time it shall Notice all parties. The Parties need additional time in which to obtain any and all expert reports. Additional time is also necessary for the parties to obtain depositions of experts.

3. No other dates have been set yet for pre-trial events, as the Court did not

accept the parties proposed dates for the submission of dispositive motions or the scheduling of a pre-trial conference.

4. This is the second joint request for an extension that the Parties have made in this case.

| | |
|---|---|
| MICHAEL D. SULLIVAN<br>By his Attorney, | THE PRUDENTIAL INSURANCE COMPANY OF AMERICA<br>REASSURE LIFE INSURANCE COMPANY<br><br>By their Attorneys, |
| /s/ Michael J. Malloy<br>Michael J. Malloy, Esq.<br>BBO# 653512<br>The Law Office of Michael J. Malloy<br>105 Washington Street, Suite 9<br>North Easton, MA 02356<br>(508) 230-7373<br>Fx: (508) 230- 3433 | /s/ Edward S. Rooney, Jr.<br>Edward S. Rooney, Jr.<br>BBO No. 426840<br>ECKERT SEAMANS CHERIN<br>& MELLOTT, LLC<br>One International Place. 18th Floor<br>Boston, MA 02110<br>(617) 342-6800<br>Fx: (617) 342-6899 |

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those individuals as non-registered participants on 6-15-06.

By: /s/ MJMalloy