## UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL D. SULLIVAN,<br>Plaintiff )<br><br>v. )<br>THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA and<br>REASSURE AMERICA LIFE<br>INSURANCE COMPANY,<br>Defendants ) | **CIVIL ACTION NO. 05 CV 100030 GAO** |

### PLAINTIFF'S MOTION TO CONTINUE STATUS CONFERENCE

Plaintiff Michael D. Sullivan hereby move this Honorable Court to continue the status conference set for Tuesday, July 25, 2006 to any of the following suggested date below or for any other time convenient to the Court:

Thursday, July 27, 2006 at 2:00pm;

Friday, July 28, 2006 at 2:00pm;

Thursday, August 3, 2006 at 2:00pm;

Friday, August 4, 2006 at 2:00pm;

Monday, August 7, 2006 at 2:00pm;

Thursday, August 17, 2006.

In support thereof, Plaintiff, by and through Counsel, states that Attorney Malloy is unavailable of Tuesday, July 25, 2006 due to a previously scheduled Trial in Taunton District Court.

In further support, the Defendant has no objection to this continuance and is available on the dates suggested above or upon notice by this Honorable Court to all parties.

MICHAEL D. SULLIVAN
By his Attorney,

Michael J. Malloy, Esq.
BBO# 653512
The Law Office of Michael J. Malloy
105 Washington Street, Suite 9
North Easton, MA 02356
(508) 230-7373
Fx: (508) 230- 3433

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney of record for each other party which has appeared in this action, by first class, postage prepaid mail this _____ day of _____ 2006.

Michael J. Malloy, Esq.