UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL D. SULLIVAN,<br>Plaintiff<br><br>v.<br><br>THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA and<br>REASSURE AMERICA LIFE<br>INSURANCE COMPANY,<br>Defendants | CIVIL ACTION NO. 05 CV 10030 GAO |

**JOINT MOTION OF THE PARTIES
TO EXTEND PRE-TRIAL SCHEDULE DEADLINES RE: DISCOVERY**

Plaintiff Michael D. Sullivan and defendants The Prudential Insurance Company of America and Reassure America Life Insurance Company (jointly "the Parties) hereby jointly move that the pre-trial schedule of deadlines with respect to discovery be extended 90 days, so that the discovery deadlines with respect to non-expert and expert discovery would be as follows:

All non-expert discovery will be completed by October 1, 2006.

Reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) will be due:

    a. From the Plaintiff by October 16, 2006, if any; and
    b. From the Defendant by October 31, 2006, if any.

Expert depositions will be completed by November 30, 2006.

{K0329436.1}

In support of this motion, the Parties state as follows:

1. This is an action in which the plaintiff Michael D. Sullivan ("Plaintiff") seeks to recover disability benefits under an individual policy of disability insurance issued to Plaintiff by defendant The Prudential Insurance Company of America ("Prudential") and administered by defendant Reassure America Life Insurance Company ("Reassure") (jointly referred to as "Defendants").

2. By Order dated July 19, 2006, the Court granted the parties' previously filed Joint Motion for Extension of Time to Complete Discovery. However, due to several scheduling conflicts, the parties have not been able to complete all of their discovery. The parties request this additional time so that all necessary discovery can be completed, both non-expert and expert, and so the case will be fully and fairly prepared for trial. The parties have been working cooperatively to complete this discovery but need additional time to complete and finalize all of the discovery. The Parties believe that 90 days should be adequate time to complete this discovery.

3. By Order dated July 19, 2006, the Court granted Plaintiff's Motion to Continue Status Conference, which had been scheduled for July 25, 2006, and rescheduled the status conference to October 12, 2006. No other dates have been set yet for pre-trial events, such as the submission of dispositive motions or the scheduling of a pre-trial conference.

4. This is the third request for an extension that the Parties have made in this case.

| MICHAEL D. SULLIVAN | THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and REASSURE LIFE INSURANCE COMPANY |
|---|---|
| By his attorney, | By their attorneys, |
| /s/ Michael J. Malloy<br>Michael J. Malloy<br>BBO No. 653512<br>THE LAW OFFICE OF MICHAEL J. MALLOY<br>105 Washington Street, Suite 9<br>North Easton, MA 02356<br>Tel.: (508) 230-7373<br>Fax: (508) 230-3433 | /s/ Edward S. Rooney, Jr.<br>Edward S. Rooney, Jr.<br>BBO No. 426840<br>ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>One International Place, 18th Floor<br>Boston, MA 02110<br>Tel.: (617) 342-6800<br>Fax: (617) 342-6899 |

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on 8/14/06

By: /s/ E. S. Rooney, Jr.

{K0329436.1}   3