UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL D. SULLIVAN,<br>Plaintiff<br><br>v.<br><br>THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA and<br>REASSURE AMERICA LIFE<br>INSURANCE COMPANY,<br>Defendants | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 05 CV 10030 GAO<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION OF THE PARTIES TO EXTEND
## DEADLINE RE: FILING MOTIONS FOR SUMMARY JUDGMENT

Plaintiff Michael D. Sullivan and defendants The Prudential Insurance Company of America and Reassure America Life Insurance Company (jointly "the Parties) hereby jointly move that the deadline with respect to filing motions for summary judgment be extended for 7 days, from February 5 to February 12, and as grounds therefore state as follows:

1. Following a Status Conference on December 4, 2006, the Court entered an Order giving the parties 60 days to discuss settlement, and if settlement discussions were not successful, defendants would file a dispositive motion.

2. Plaintiff did not provide defendants with a settlement demand until just last week and defendants have not had an opportunity to evaluate this demand and

{K0341131.1}

respond to it.

3. Defendants will be able to evaluate and respond to plaintiff's settlement demand by the end of this week and therefore requests that the deadline for filing motions for summary judgment be extended to February 12, 2007.

4. Counsel for plaintiff joins in this motion.

| MICHAEL D. SULLIVAN | THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and REASSURE LIFE INSURANCE COMPANY |
|---|---|
| By his attorney, | By their attorneys, |
| /s/ Michael J. Malloy<br>Michael J. Malloy<br>BBO No. 653512<br>THE LAW OFFICE OF<br>MICHAEL J. MALLOY<br>105 Washington Street, Suite 9<br>North Easton, MA 02356<br>Tel.: (508) 230-7373<br>Fax: (508) 230-3433 | /s/ Edward S. Rooney, Jr.<br>Edward S. Rooney, Jr.<br>BBO No. 426840<br>ECKERT SEAMANS CHERIN<br>& MELLOTT, LLC<br>One International Place, 18th Floor<br>Boston, MA 02110<br>Tel.: (617) 342-6800<br>Fax: (617) 342-6899 |

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on 2/5/07

By: E. S. Rooney

{K0341131.1}   2