UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL D. SULLIVAN,<br>Plaintiff<br><br>v.<br><br>THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA and<br>REASSURE AMERICA LIFE<br>INSURANCE COMPANY,<br>Defendants | CIVIL ACTION NO. 05 CV 10030 GAO |

**NOTICE OF FILING WITH CLERK'S OFFICE RE: MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS THE PRUDENTIAL INSURANCE COMPANY OF AMERICA AND REASSURE AMERICA LIFE INSURANCE COMPANY**

Notice is hereby given by defendants The Prudential Insurance Company of America and Reassure America Life Insurance Company that the documents and things listed below have been manually filed with the Court and are available in paper form only:

1. Defendants' Motion for Summary Judgment;

2. Defendants' Memorandum of Law in Support of Their Motion for Summary Judgment; and

3. Appendix in Support of Defendants' Motion for Summary Judgment.

The original documents will be maintained in the case file in the Clerk's Office.

Dated: February 9, 2007

*[signature]*
Edward S. Rooney, Jr.
BBO No. 426840
ECKERT SEAMANS CHERIN
& MELLOTT, LLC
One International Place, 18th Floor
Boston, MA 02110
Tel.: (617) 342-6800
Fax: (617) 342-6899

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by overnight mail, postage prepaid, this 9th day of February, 2007.

Edward S. Rooney, Jr.