UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MICHAEL D. SULLIVAN, <br> Plaintiff | ) <br> ) <br> ) <br> ) |  |
| v. | ) | **CIVIL ACTION NO. 05 CV 10030 GAO** |
| THE PRUDENTIAL INSURANCE <br> COMPANY OF AMERICA and <br> REASSURE AMERICA LIFE <br> INSURANCE COMPANY, <br> Defendants | ) <br> ) <br> ) <br> ) <br> ) |  |

### JOINT MOTION OF PARTIES TO EXTEND PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT

Plaintiff Michael D. Sullivan and Defendant, The Prudential Insurance Company of America and Reassure America Life Insurance Company (jointly "the Parties") hereby move this Honorable Court to extend the deadline for the Plaintiff to file his opposition to the Defendants Motion for Summary Judgment at the Plaintiff's request from **Friday, February 23, 2007** until **Tuesday, March 27, 2007.**

In support of this motion, the Parties state as follows:

1. This is an action in which the Plaintiff, Michael D. Sullivan (hereinafter known as "Plaintiff") seeks to recover disability benefits and waiver of premium provisions under an individual policy of disability insurance issued to Plaintiff by the Defendant, The Prudential Insurance Company of America (hereinafter known as, "Prudential") and administered by the Defendant, Reassure America Life Insurance Company (hereinafter known as, "Reassure") (both defendants jointly hereinafter known as, "Defendants")

2. The Defendants Motion for Summary Judgment is quite voluminous and requires additional time for the Plaintiff's Counsel to respond.

3. No other dates have been set yet for pre-trial events, or the scheduling of a pre-trial conference.

4. This is the first joint request for an extension that the Plaintiff has requested with the assent of and the parties

| | |
|---|---|
| MICHAEL D. SULLIVAN<br>By his Attorney, | THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA<br>REASSURE LIFE INSURANCE<br>COMPANY<br><br>By their attorneys, |
| /s/ Michael J. Malloy<br>Michael J. Malloy, Esq.<br>BBO# 653512<br>The Law Office of Michael J. Malloy<br>105 Washington Street, Suite 9<br>North Easton, MA 02356<br>(508) 230-7373<br>Fx: (508) 230-3433 | /s/ Edward S. Rooney, Jr.<br>Edward S. Rooney, Jr.<br>BBO No. 426840<br>ECKERT SEAMANS CHERIN<br>& MELLOTT, LLC<br>One International Place. 18th Floor<br>Boston, MA 02110<br>(617 342-6800<br>Fx: (617) 342-6899 |

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party which has appeared in this action, by first class, postage prepaid mail this 13th day of March 2007.

/s/ Michael J. Malloy
Michael J. Malloy, Esq.