**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MASSACHUSETTS**

FILED
IN CLERKS OFFICE

2001 MAR 27 P 2: 01

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| MICHAEL D. SULLIVAN,<br>    Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| | ) |
| THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA and<br>REASSURE AMERICA LIFE<br>INSURANCE COMPANY,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>) |

**C. A. NO. 05 CV 100030 GAO**

**NOTICE OF FILING WITH CLERK'S OFFICE RE: PLAINTIFF'S OPPOSITION TO
MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS', THE PRUDENTIAL
INSURANCE COMPANY OF AMERICA AND REASSURE AMERICA LIFE
INSURANCE COMPANY**

Notice is hereby given by plaintiff, Michael D. Sullivan that the documents and things

listed below have been manually filed with the Court and are available in paper form only:

1.    Plaintiff's Response in Opposition to Defendants' Motion for Summary
      Judgment;

2.    Plaintiff's Memorandum of Law in Support of Plaintiff's Response in Opposition
      to Defendants' Motion for Summary Judgment; and

3.    Appendix of Exhibits in Support of Plaintiff's Response in Opposition to
      Defendants' Motion for Summary Judgment.

The original documents will be maintained in the case file in the Clerk's Office.

Michael J. Malloy, Esq.
105 Washington Street, Suite 9
North Easton, MA 02356
(508) 230-7373
Fax: (508) 230-3433
BBO # 563512

Dated: March 27, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by HAND DELIVERY this 27TH day of March, 2007.

Michael J. Malloy, Esq.

3-27-2007