UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL D. SULLIVAN,<br>    Plaintiff<br><br>v.<br><br>THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA and<br>REASSURE AMERICA LIFE<br>INSURANCE COMPANY,<br>    Defendants | CIVIL ACTION NO. 05 CV 10030 GAO |

### DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 7.1(B)(3), defendants The Prudential Insurance Company of America and Reassure America Life Insurance Company ("Defendants") move for leave of court to file a Reply Memorandum in support of Defendants' Motion for Summary Judgment. In support of this motion, Defendants state as follows:

1. Defendants request leave to file a Reply Memorandum in order to respond to plaintiff Michael Sullivan's ("Plaintiff") Statement of Additional Undisputed Facts and to respond to arguments made by Plaintiff in his Opposition Memorandum to Defendants' Motion for Summary Judgment, which arguments could not have been reasonably anticipated when Defendants prepared and served their Motion for Summary Judgment and their supporting Memorandum of Law.

2. Defendants' Reply Memorandum is strictly confined to matters raised by Plaintiff in

{K0345371.1}

his Opposition Memorandum and is limited to fourteen (14) pages.

3. Defendants believe that this additional filing will assist the Court when considering their Motion for Summary Judgment.

4. Defendants' Reply Memorandum in support of their Motion for Summary Judgment is filed herewith together with this motion.

For all of the foregoing reasons, Defendants respectfully request that this motion be allowed.

                                                THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA and REASSURE AMERICA LIFE
INSURANCE COMPANY

By their attorneys,

April 19, 2007

/s/ Edward S. Rooney, Jr.
Edward S. Rooney, Jr. (BBO # 426840)
ECKERT SEAMANS CHERIN
& MELLOTT, LLC
One International Place, 18th Floor
Boston, Massachusetts 02110
Tel.: (617) 342-6800
Fax: (617) 342-6899
E-mail: erooney@eckertseamans.com

{K0345371.1}