UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL D. SULLIVAN,<br>    Plaintiff<br><br>v.<br><br>THE PRUDENTIAL INSURANCE<br>COMPANY of AMERICA and<br>REASSURE AMERICA LIFE<br>INSURANCE COMPANY,<br>    Defendants | CIVIL ACTION NO. 05-10030-GAO |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) (1) (ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that this action shall be dismissed with prejudice, each party to bear its own costs, and all rights to appeal are hereby waived.

PLAINTIFF,

MICHAEL D. SULLIVAN

By: /s/ Michael J. Malloy
    Michael J. Malloy, Esq.
    The Law Office of Michael J. Malloy
    105 Washington Street, Suite 9
    North Easton, MA 02356
    Tel. (508) 230-7373
    BBO# 653512

DEFENDANTS,

THE PRUDENTIAL INSURANCE
COMPANY of AMERICA and
REASSURE AMERICA LIFE
LIFE INSURANCE COMPANY

By: /s/ Edward S. Rooney, Jr.
    Edward S. Rooney, Jr.
    Eckert, Seamans, Cherin
    & Mellott, LLC
    One International Place, 18th Floor
    Boston, MA 02110
    Tel. (617) 342-6863
    BBO# 426840

**CERTIFICATE OF SERVICE**
I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on 2/26/08
By: S. S. Rooney Jr.

{K0363222.1}